IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02173-BNB

RANDALL ZANDSTRA,

    Applicant,

v.

STATE OF COLORADO,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Randall Zandstra, acting *pro se*, initiated this action by submitting a Petition for Writ of Habeas Corpus. On August 17, 2012, Magistrate Judge Boyd N. Boland instructed Mr. Zandstra to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Zandstra to file his claims on a Court-approved form used in filing 28 U.S.C. § 2254 actions and to either submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or, in the alternative, pay the $350.00 filing fee. Mr. Zandstra was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On September 21, 2012, Mr. Zandstra filed a request for an extension of time to cure the deficiencies. Magistrate Judge Boland granted the request. Mr. Zandstra now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Zandstra files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Petition is denied and action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this 1st day of      November          , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court